UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CARL BRUNER**, | Case No. 22-cv-10391 |
| | Hon. Robert H. Cleland |
| Plaintiff, | Mag. Judge Elizabeth A. Stafford |
| v. | |
| **NANCY FOSTER,** in her individual capacity; and **THE CITY OF DETROIT**, a municipal corporation, | |
| Defendants. | |

| **MUELLER LAW FIRM** | **SEWARD HENDERSON PLLC** |
|---|---|
| By:   Wolfgang Mueller (P43728) | By:   T. Joseph Seward (P35095) |
| *Attorneys for Plaintiff* |         Kali M. L. Henderson (P76479) |
| 41850 W. 11 Mile Road, Ste 101 | *Attorneys for Defendants* |
| Novi, MI 48375 | Royal Oak, MI 48067 |
| P: (248) 489-9653 | P: (248) 733-3580 |
| F: (248) 347-6630 | F: (248) 733-3633 |
| E: wolf@wolfmuellerlaw.com | E:  jseward@sewardhenderson.com |
| |     khenderson@sewardhenderson.com |

## ORDER

THIS MATTER having come before the Court by way of Defendants' Motion for Leave to Take the Deposition of Inmate Michael Lawson, Plaintiff concurring in the relief sought therein, and this Court being otherwise informed of the premises;

IT IS HEREBY ORDERED that Defendants be granted leave to take the deposition of Michael Lawson, an inmate of the Michigan Department of Corrections, MDOC #334825, at Kinross Correctional Facility or whichever correctional facility he may

be confined in at the time of the deposition, or via Zoom videoconference, at a date and time to be agreed upon by the parties.

    IT IS SO ORDERED.

Dated: August 31, 2022　　　　　　　　　　　　s/Robert H. Cleland_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Robert H. Cleland
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE