UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL BRUNER, individually;

    Plaintiffs,

-v-

No.  22-cv-10391
Hon.  Robert H. Cleland

NANCY FOSTER, in her individual
capacity; and CITY OF DETROIT,
a municipal corporation;

    Defendants.

## **PLAINTIFF'S FINAL WITNESS LIST**

Plaintiff, by and through his attorneys, MUELLER LAW FIRM, lists the following witnesses:

1. Carl Bruner

2. Any and all of plaintiff's family members including, but not limited to:
   - Vernell Vass

3. All past and present employees of Defendant, City of Detroit as well as its Record Custodian, including, but not limited to:
   - Nancy Foster
   - Rick Fields
   - Tom Smith
   - Dale Hopkins
   - Alejandro Vela
   - Lance Sullivan
   - Sgt. Wight

- Sgt. Kevin Wright
- Stan Brue

4. All members of any Task Force or outside investigating agency, and record custodians, including:

- Dean Molnar (MSP)

5. Kyriana Weiler

6. Wayne White

7. DeAndre Mack

8 Brian Huff

9. Terri Lopez

10. Frank Rambus

11. Dennis Smith

12. Record custodians for:

- Detroit Police Department
- Wayne County Prosecutor's Office
- MDOC
- Wayne County Medical Examiner's Office
- Michigan State Police

13. Past and present employees of the Wayne County Medical Examiner's Office including, but not limited to:

- Dr. Carl Schmidt

14. Past and present employees of the Wayne County Prosecutor's Office including, but not limited to:

- Rajesh Prasad (P68519)

15. Judge Craig Strong (ret.) (P21103)

16. Judge Joseph Baltimore (P10399)

17. Attorney James Schlaff (P30720)

18. Attorney Lisa Dwyer (P47961)

19. Attorney Lillian Diallo (P52036)

20. Any individuals or record custodians necessary to lay the foundation for the admission of any exhibit relating to this case

21. All witnesses listed by Defendants

22. Any and all witnesses listed in any discovery or identified in any type of discovery

23. Any necessary rebuttal witnesses

24. Plaintiff reserves the right to amend and/or supplement this Witness List to add additional witnesses, including expert witnesses, as they become known through the course of discovery.

*s/John Wm. Martin, Jr.*
JOHN WM. MARTIN, JR. (P42266)
WOLFGANG MUELLER (P43728)
MUELLER LAW FIRM
Attorneys for Plaintiff
41850 W. 11 Mile Road, Ste. 101
Novi, MI 48375
(248) 489-9653
john@wolfmuellerlaw.com
wolf@wolfmuellerlaw.com

Dated: October 16, 2023

---

**CERTIFICATE OF SERVICE**

I hereby certify that on 10/16/23, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

I further hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  N/A

s/John Wm. Martin, Jr.
MUELLER LAW FIRM
41850 W. Eleven Mile, Suite 101
Novi MI 48375
248-489-9653
john@wolfmuellerlaw.com
(P42266)
